UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| ANGELA HARDIN, EXECUTRIX ) | |
| OF THE ESTATE OF CECILIA ) | |
| JOAN FLAHIFF ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:15-CV-630-JHM |
| ) | |
| BARDSTOWN MEDICAL ) | |
| INVESTORS, LTD. d/b/a LIFE ) | |
| CARE CENTER OF BARDSTOWN ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

In accordance with the Court's Standing Order, Local Rule 54.1, and the instruction of the Court, Defendant Bardstown Medical Investors, LTD d/b/a Life Care Center of Bardstown hereby submits this Notice of Settlement to notify the Court that both parties have reached a settlement agreement in this matter and respectfully request that all future proceedings be removed from the Court Docket.  Upon completion of all settlement documents, an Agreed Order of Dismissal will be filed with this Court.

Respectfully Submitted,

\_\_\_*s/Danielle J. Lewis*_____
MIDDLETON REUTLINGER
William K. Oldham
Jennifer M. Barbour
Danielle J. Lewis

1

401 S. Fourth Street, Suite 2600  
Louisville, Kentucky 40202  
Telephone: (502) 584-1135  
Facsimile: (502) 561-0442  
woldham@middletonlaw.com  
jbarbour@middletonlaw.com  
dlewis@middletonlaw.com  
***Counsel for Defendant***

## **CERTIFICATE OF SERVICE**

  It is hereby certified that a true and exact copy of the foregoing was electronically filed using the ECF Filing System, on this 21st day of January 2016, which provides notice and copies to all counsel of record.

              _____*s/Danielle J. Lewis*_____  
              ***Counsel for Defendant***