UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

CIVIL ACTION NO. 3:15-cv-00630-DJH

ANGELA HARDIN, Executrix of the Estate
Of Cecilia Joan Flahiff                                            PLAINTIFF

v.

**AGREED ORDER OF DISMISSAL**

BARDSTOWN MEDICAL INVESTORS, LTD.
d/b/a LIFE CARE CENTER OF BARDSTOWN                                DEFENDANTS

**********

Pursuant to FRCP 41(a)(1)(ii), Plaintiff Angela Hardin, as Executrix of the Estate of Cecilia Joan Flahiff, and Defendants Life Care Centers of America, Inc., Bardstown Medical Investors, Ltd, d/b/a Life Care Center of Bardstown, by and through counsel, hereby stipulate that they have agreed to a settlement of this litigation and that Plaintiff's Complaint shall be and is hereby DISMISSED with prejudice, with each party to bear their own fees and costs.

/s/ Joseph H. McKinley
**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

April 26, 2016

Have seen and agreed to:

_/s/Jeffrey T. Sampson_ (with permission)
Jeffrey T. Sampson
The Sampson Law Firm
450 South Third Street, 4th Floor
Louisville, Kentucky 40202
**Counsel for Plaintiff**

_/s/Danielle J. Lewis_
William K. Oldham
Jennifer M. Barbour
Danielle J. Lewis
Middleton Reutlinger
401 S. Fourth Street, Suite 2600
Louisville, KY 40202
**Counsel for Defendants**

1